UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ARNOLD CARTER,

    Petitioner,

v.                                                                    No.:   3:05-cv-134
                                                                                  (VARLAN/GUYTON)

U.S. 6TH CIRCUIT OF APPEAL,

    Respondent.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion, the court **ORDERS** that this action is **DISMISSED** as frivolous and for failure to state a claim for relief. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

    **E N T E R :**

                                                s/ Thomas A. Varlan
                                                UNITED STATES DISTRICT JUDGE